


UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re ) Case No. 10-31423-A-7
)
GERALD and ANTOINETTE EDWARDS, )
)
)
Debtor. )
)
_____ )

**MEMORANDUM**

This chapter 7 case was filed on April 30. When filed, the petition was not accompanied by the $299 filing fee. Instead, the debtors paid $60 of the filing fee and sought permission to pay the remaining $239 in installments. Their request was approved in an order filed April 30. That order required the debtors to pay $60 on June 1, $60 on June 29, $60 on July 29, and $59 on August 30.

Because the debtors failed to pay the $60 due on June 1, the court issued on June 11 an order requiring the debtors to appear at a hearing on July 7 and explain why their case should not be dismissed due to their failure to pay the $60 installment. Before that hearing, on June 23, the debtors paid $120. Thus, they cured the June 1 default and also paid the June 29 installment.

The July 7 hearing went forward. The debtors did not appear. Despite their failure to appear, and because the debtors had cured their failure to pay the June 1 installment, the court did not dismiss the case. But, the court ordered that the case would be dismissed if a future installment was not paid timely. This order was entered on July 8 and was served on the debtors by mail on July 10.

The debtors then failed to pay the July 29 filing fee installment. As a result, pursuant to the terms of July 8 order, the case was dismissed on August 2.

Then, despite the dismissal of the case, the debtors paid $70 on August 16. This payment satisfied the July 29 installment as well as $10 of the upcoming August 30 installment of $59.

The debtors failed to pay the remaining $49 on August 30. However, this was paid on September 27. Their last payment was followed with a September 28 motion asking the court to vacate the dismissal of their case.

That motion will be denied. The debtors were given permission to pay the filing fee in installments. Even though the debtors immediately defaulted under the April 30 order authorizing payment of the filing fee in installments, the case was not dismissed. But, the court informed the debtors that their failure to timely pay future installments would result in dismissal of their case. Despite this, the debtors did not pay the two remaining installments when due. This resulted in the dismissal of the case.

The motion fails to establish a good reason for the failure to timely pay the July and August installments.

The court also notes that a creditor moved for relief from the automatic stay. The case was dismissed before that motion could be heard. Consequently, the motion was dismissed. If the court were to vacate the dismissal of the case, the creditor would be unfairly prejudiced because it would be compelled to file its motion a second time.

A separate order will be entered denying the debtors' motion to vacate the dismissal of the case.

Dated: 29 Sept. 2010

By the Court

Michael S. McManus, Judge
United States Bankruptcy Court

-3-

**CERTIFICATE OF MAILING**

I, Susan C. Cox, in the performance of my duties as a judicial assistant to the Honorable Michael S. McManus, mailed by ordinary mail to each of the parties named below a true copy of the attached document.

Antoinette Edwards
212 Clearbrook Ct
Suisun City, CA 94585

Gerald Edwards
212 Clearbrook Ct
Suisun City, CA 94585

Dated: September 29, 2010

_____
Susan C. Cox
Judicial Assistant to Judge McManus